**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____    Chapter    **12**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Emrich Family Creamery LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1620960** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8970 Baldwin Creek Rd** <br> **Leonardville, KS 66449** <br> Number, Street, City, State & ZIP Code | **PO Box 846** <br> **Manhattan, KS 66505** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Riley** <br> County | **Location of principal assets, if different from principal place of business** <br> **8970 Baldwin Creek Road Leonardville, KS 66449** <br> Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District | | When | | Case number | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Natasha K. Behrens** | Relationship | **Owner** |
| District | **Kansas** | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Emrich Family Creamery LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 31, 2018** _____
                 MM / DD / YYYY

**X** **/s/ Natasha K. Behrens** _____      Natasha K. Behrens _____
      Signature of authorized representative of debtor             Printed name

Title    **Authorized Member** _____

**18. Signature of attorney**

**X** **/s/ Wesley F. Smith** _____     Date   **October 31, 2018** _____
     Signature of attorney for debtor                            MM / DD / YYYY

**Wesley F. Smith 18517** _____
Printed name

**Stevens & Brand, LLP** _____
Firm name

**900 Massachusetts, Suite 500**
**Lawrence, KS 66044-2868** _____
Number, Street, City, State & ZIP Code

Contact phone   **(785) 843-0811** _____    Email address   **WSmith@StevensBrand.com** _____

**18517 KS** _____
Bar number and State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| | |
|---|---|
| Debtor name | **Emrich Family Creamery LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Union State Bank** | **Checking** | **2533** | **$15.82** |
| 3.2. | **Peoples State Bank** | **Checking** | **6009** | **$509.85** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$525.67** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **150.00** | - | **0.00** | = .... | **$150.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **600.00** | - | **0.00** | = .... | **$600.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **2,000.00** | - | **0.00** | = .... | **$2,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **4,000.00** | - | **0.00** | = .... | **$4,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$6,750.00** |

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Milk Inventory - 250 Gallons $1000** **Feed Inventory - 1 Ton of Corn $200** **1 1/2** **Ton of Bean Meal $600** **.5 Ton, of Calve Creep $150** **2 Pallets of Wheat Seed $560** | | **$0.00** | | **$2,510.00** |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | **$2,510.00** |

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value    _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------|---------|---------|---------|
| **28. Crops-either planted or harvested** | | | |
| **29. Farm animals** *Examples: Livestock, poultry, farm-raised fish* **All Livestock, Cows, Calves, Bulls, Heifers - See Attached List** | **Unknown** | | **Unknown** |
| **30. Farm machinery and equipment** *(Other than titled motor vehicles)* **2000 Cat Skid Loader Model 236** | **Unknown** | | **$14,000.00** |
| **Vermeer Model 605F Baler** | **Unknown** | | **$2,500.00** |
| **IHC Model 574 Tractor** | **Unknown** | | **$6,000.00** |
| **Bush Hog 5ft Rotary Mower** | **Unknown** | | **$600.00** |
| **Johnson Body Cooler/Freezer box on Truck** | **Unknown** | | **$22,000.00** |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6 See Attached List** | **$0.00** | | **$0.00** |

33.  **Total of Part 6.**                                                              | **$45,100.00** |
     Add lines 28 through 32.  Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**
     ■ No
     ☐ Yes.  Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ■ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ■ No.  Go to Part 8.
       ☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1990 Ford 1-ton Truck with Johnson Body Box - Junk** | Unknown | | $0.00 |
| 47.2.   **1995 GMC Toppick Truck with Johnson Cooler** | Unknown | | $5,500.00 |
| 47.3.   **2002 Bulk Milk Transport Trailer - Scrap (Junk)** | Unknown | | $0.00 |
| 47.4.   **1995 Chevrolet Pick Up - Junk** | $0.00 | | $0.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.   **16 Ft Stock Trailer - Junk** | Unknown | | $0.00 |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**All Misc Panels Fencing, Feed Bunks, Feeders, etc,** | Unknown | | Unknown |

| **Electrofreeze 20 Quart Ice Cream Freezer** | **Unknown** | | **$7,500.00** |

51.  **Total of Part 8.**                                    **$13,000.00**

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1.  **Real Estate Mortgages on 312 Front Street, Wheaton, KS** <br><br> **Legal Description: The West Half (W/2) of Lot 7 and all of Lot 8 in Block 10 of the original townsite of Wheaton, Pottawatomie County, Kansas, and Grantor's rights under easement dated May 2, 1992, wherein Larry D. Worden and Karen S. Worden are Grantees, all as recorded in Book 295, Page 255 of records of the Register of Deeds of Pottawatomie County, Kansas.** | | **$0.00** | | **$7,500.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 56. | **Total of Part 9.** | | **$7,500.00** |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

�■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

�■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

�■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

�■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Emrich Family Creamery LLC**                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.**
    *Copy line 5, Part 1*                                          $525.67

81. **Deposits and prepayments.** *Copy line 9, Part 2.*          $0.00

82. **Accounts receivable.** *Copy line 12, Part 3.*             $6,750.00

83. **Investments.** *Copy line 17, Part 4.*                      $0.00

84. **Inventory.** *Copy line 23, Part 5.*                       $2,510.00

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*   $45,100.00

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.*                                       $0.00

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*   $13,000.00

88. **Real property.** *Copy line 56, Part 9.*........................>              $7,500.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*    $0.00

90. **All other assets.** *Copy line 78, Part 11.*          +     $0.00

91. **Total.** Add lines 80 through 90 for each column          $67,885.67  + 91b.      $7,500.00

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92               $75,385.67

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Keepers (A)
Milking

| # | | | | # | | |
|---|---|---|---|---|---|---|
| 1 | Suzana | 34 | | | 346 | |
| 2 | 299 | 36 | | | 316 | |
| 3 | Class Act | 37 | | | Raspberry | |
| 4 | Glaze | 38 | | | Molly | |
| 5 | Gold Excel | 39 | | | Daisy | |
| 6 | 285 Spain | 40 | | | 302 | |
| 7 | Boa | 41 | | | 297 | |
| 8 | Gypsie | 42 | | | 334 | |
| 9 | Imaculate | 43 | | | 307 | |
| 10 | Madaline | 44 | | | 330 | |
| 11 | Maddy Jr 273 | 45 | | | 298 | |
| 12 | 229 Blackberry | 46 | | | 343 | |
| 13 | Bon Berg | 47 | | | 292 | |
| 14 | Matcha | 48 | | | 353 | |
| 15 | 249 Blue Bell | 49 | | | 295 | |
| 16 | 315 | 50 | | | 268 | |
| 17 | 202 | 51 | | | Diamond | May go. close to calving. |
| 18 | Peaches No I.D. | | | | | |
| 19 | 345 | | | | | |
| 20 | Fuzy eared No I.D. | | | | | |
| 21 | Super | | | | | |
| 22 | 329 Tuny | | | | | |
| 23 | 152 | | | | | |
| 24 | 354 | | | | | |
| 25 | Bridget | | | | | |
| 26 | 352 | | | | | |
| 27 | 247 | | | | | |
| 28 | 272 Tri Heart | | | | | |
| 29 | Pogonia | | | | | |
| 30 | No I.D. Tattoo- Dark face | | | | | |
| 31 | 305 | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |

Keepers (B)
NOT MILKING

| | |
|---|---|
| 1 | 386 Hfr |
| 2 | 430 Hfr |
| 3 | 388 Hfr |
| 4 | 375 Hfr |
| 5 | 423 |
| 6 | 431 |
| 7 | 337 |
| 8 | 414 |
| 9 | 389 |
| 10 | 359 |
| 11 | 387 |
| 12 | 392 |
| 13 | 422 |
| 14 | 427 |
| 15 | Jersey Hfr No I.D. White Patch on right flank - Blk head & front legs |
| 16 | Jersey Hfr No I.D. - Solid Red |
| 17 | Jersey Hfr No I.D. - Black face markings - Polled |
| 18 | 428 |
| 19 | Jersey Hfr No I.D. Dehorned Grey color |
| 20 | 390 |
| 21 | 426 |
| 22 | 432 |
| 23 | 424 |
| 24 | 425 |
| 25 | 434 |
| 26 | Angus Hfr |
| 27 | Angus Hfr White Muzzle right side |
| 28 | Angus Hfr 2 year old No I.D. |
| 29 | Black fuzzy ears - Jersey Hfr No ID. Polled |
| 30 | 3 year old Black Angus bull. |
| 31 | Fatty & Calf |
| 32 | 29 Hd yrling Hfr & younger |

_Leaving_

206 Angus Cow & Calf
Ripped Ear Angus Cow - Lost Calf
207 Angus Cow & Calf
25 Angus Cow & Calf
205 Angus Cow & Calf
26 Angus Cow & Calf
206 Angus Hfr & Calf
210 Angus Hfr - Close to Calving

## Leaving

415 Hfr
401 Hfr
Jersey Hfr - Ripped left Ear - No ID
365 Hfr
321 Cow
358 Hfr
368
?? 263 ~~Diamond Cow~~ * Close to Calving *
197 - Old Cow - No Tag
✓ 328 Hfr
✓ 371 Hfr
✓ 406 Hfr
Redish Hfr - Horns - No ID
366 Hfr
✓ 405 Hfr
✓ Green Nose Ring Hfr
✓ 293 Cow
✓ 206 Half Mile - Cow
✓ Blk Markings on face & R. Hip - Horned Hfr
364
10 - 12 Dry Jersey Cull Cows
7 Bull Calves on Milk.

1 cow Denettie (babysits weanlings)
Mandy - Old cow from Covington Dairy
281 - Barren Jersey Hfr
221 Tri Mag
No ID Jersey Cow in Pasture

## Leaving

(2) 3yr old Jersey Bulls
(1) 18 mo. Jersey Bull - No Tag
(1) Redish Jersey/Angus Cross yearling Bull - No Tag
(3) Angus Bulls - 18 mo - No Tags
(5) 6 mo Jersey ~~Bulls~~ Steers No Tags
(1) 2yr old ~~Steer~~ Angus Bull - No Tag - Small Horns
(1) Jersey Bull 6 mo - Tag #
255 Golden Marmalade
282 Moonglow
Riped Left Ear - No Tag - Cow  Blk Face Markings
367 - Nose Ring Hfr
205 - Mischief
360 H
361 H
374 H
391 H
287 - Marigold - Cow
376 H
383 H
894 Connie
Horned Heifer - No ID
Cow - Blk around Eyes - N, ID
Solid Blk Faced - De Horned - Lost Tag
259 Maple - Cow
402
348
338 Hfr
289 Energy
403 Hfr
Redish - Short Tail - No ID Cow
356 Hfr
409 Hfr
308 Hfr
355 Hfr

Debtor name **Emrich Family Creamery LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1   Union State Bank**
Creditor's Name

**204 E Hwy 16**
**PO Box 67**
**Olsburg, KS 66520-0067**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/22/2017**
**Last 4 digits of account number**
**6526**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1995 Chevrolet Pick Up - Junk**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$4,484.18**          Value of collateral: **$0.00**

---

**2.2   Union State Bank**
Creditor's Name

**204 E Hwy 16**
**PO Box 67**
**Olsburg, KS 66520-0067**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/17/2017**
**Last 4 digits of account number**
**6623**

Describe debtor's property that is subject to a lien
**All equipment including, but not limited to, machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts and tools. And All farm products inclu**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$4,000.00**          Value of collateral: **Unknown**

---

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Union State Bank** | Describe debtor's property that is subject to a lien | $10,000.00 | $7,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **Electrofreeze 20 Quart Ice Cream Freezer** | | |

**204 E Hwy 16**
**PO Box 67**
**Olsburg, KS 66520-0067**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**05/17/2017**
**Last 4 digits of account number**
**6625**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Union State Bank** | Describe debtor's property that is subject to a lien | $3,135.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All equipment including, but not limited to, machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts and tools. And All farm products inclu** | | |

**204 E Hwy 16**
**PO Box 67**
**Olsburg, KS 66520-0067**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**05/17/2017**
**Last 4 digits of account number**
**6624**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Union State Bank** | Describe debtor's property that is subject to a lien | $140,169.49 | Unknown |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Creditor's Name

All equipment including, but not limited to, machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts and tools. And All farm products inclu

**204 E Hwy 16**
**PO Box 67**
**Olsburg, KS 66520-0067**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/03/2015**

Last 4 digits of account number
**5487**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Union State Bank** | Describe debtor's property that is subject to a lien | $33,417.46 | Unknown |
|---|---|---|---|---|

Creditor's Name

All equipment including, but not limited to, machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts and tools. And All farm products inclu

**204 E Hwy 16**
**PO Box 67**
**Olsburg, KS 66520-0067**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/03/2015**

Last 4 digits of account number
**5485**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Union State Bank** | Describe debtor's property that is subject to a lien | $281,192.95 | $7,500.00 |
|---|---|---|---|---|

Creditor's Name

**Real Estate Mortgages on 312 Front Street, Wheaton, KS**

**Legal Description: The West Half (W/2) of Lot 7 and all of Lot 8 in Block 10 of the original townsite of Wheaton, Pottawatomie County, Kansas, and Grantor's rights under easement dat**

**204 E Hwy 16**
**PO Box 67**
**Olsburg, KS 66520-0067**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/03/2015**
**Last 4 digits of account number**
**5486**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **US Department of Arrgriculture** | | |
|---|---|---|---|

Creditor's Name

**409 North Street**
**Seneca, KS 66538**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/24/12**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Legal Description Attached**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$214,000.00      Unknown

---

| 2.9 | **US Department of Arrgriculture** | | |
|---|---|---|---|

Creditor's Name

**409 North Street**
**Seneca, KS 66538**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/24/12**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Legal Description Attached.**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

$96,000.00      Unknown

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 6

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **US Department of Arrgiculture** | Describe debtor's property that is subject to a lien | $231,463.10 | $0.00 |
| | Creditor's Name | **Mortgage Loan to furnish security for the laon and to induce the government to make a loan to business.** | | |

**409 North Street**
**Seneca, KS 66538**
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**5/20/15**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **US Department of Arrgiculture** | Describe debtor's property that is subject to a lien | $86,711.91 | Unknown |
| | Creditor's Name | **Mortgage Loan to furnish security for the laon and to induce the government to make a loan to business.** | | |

**409 North Street**
**Seneca, KS 66538**
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**5/20/15**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,104,574.09** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Office of the General Counsel**<br>**US Dept. Of Agriculture**<br>**PO Box 419205 Mail Stop 1401**<br>**Kansas City, MO 64141-6205** | Line   **2.7** | |
| **United States Attorney**<br>**US Courthouse, Ste 290**<br>**444 SE Quincy St**<br>**Topeka, KS 66683** | Line   **2.7** | |

# UNITED STATES DEPARTMENT OF AGRICULTURE
## Farm Service Agency

## EXHIBIT "A" TO MORTGAGE FOR KANSAS dated May 24, 2012

### Emrich Family Creamery, LLC

**31. Pledge of Security.** Amber Kathleen Emrich and Natasha Kristine Emrich have executed the mortgage in order to furnish security for the loan and to induce the government to make a loan to Emrich Family Creamery, LLC.

Legal Description:

Tract 1:

A tract of land located in the Southeast Quarter (SE¼) of Section Three (3), Township Eight (8) South, Range Six (6) East of the 6th Principal Meridian in Riley County, Kansas, more particularly described as follows: Commencing at the Southwest corner of the Southeast Quarter (South Quarter Corner) of said Section 3, said corner being marked by an aluminum monument; thence Easterly along the South line of the Southeast Quarter of said Section 3 on an assumed bearing of N, 89°35'45" East a distance of 1070.04 feet to a point; thence leaving said South line northerly on a bearing of North 00°24'15" West a distance of 285.42 feet to a point marked by a 5/8" iron bar with a plastic cap at the true point of beginning; thence Northwesterly on a bearing of North 64°15'52" West a distance of 1034.00 feet to a point marked by a 5/8" iron bar with a plastic cap; thence Northeasterly on a bearing of North 25°44'08" East a distance of 424.78 feet to a point marked by a 5/8" iron bar with a plastic cap in the middle of county road A-89 (Baldwin Creek Road); thence southeasterly along the middle of said County road on a bearing of S. 64°00'50" East a distance of 264.64 feet to a point marked by a 5/8" iron bar with a plastic cap; thence continuing Southeasterly along the middle of said County road on a bearing of South 67°20'49" East a distance of 163.97 feet to a point marked by a 5/8" iron bar with a plastic cap on the Westerly end of a tract of land deeded to the Board of Commissioners of Riley County, Kansas, as described in a quitclaim deed found in the Riley County Register of Deeds Office in Book 183, on Page 360; thence Southwesterly along said Westerly end on a bearing of South 25°44'08" West a distance of 14.27 feet to a point marked by a 5/8" iron bar with a plastic cap on the corner of said Riley County tract; thence Southeasterly along the Southerly line of said Riley County Tract on a bearing of South 64°15'52" East a distance of 605.63 feet to a point marked by a 5/8" iron bar with a plastic cap; thence leaving said southerly line Southwesterly on a bearing of South 25°44'08" West a distance of 418.17 feet to the point of beginning;

Initial _NKE_  Date _5-24-12_

Initial _AKE_  Date _5-24-2012_

Book _626_ Page _146_

# UNITED STATES DEPARTMENT OF AGRICULTURE
Farm Service Agency

## EXHIBIT "A" TO MORTGAGE FOR KANSAS dated May 24, 2012

### Emrich Family Creamery, LLC
Continued

**Tract 2:**

All that part of the East Half (E½) of the Northeast Quarter (NE¼) of Section 10, Township 8 South, Range 6 East of the 6th P.M., Riley County, Kansas, which lies North of the North line of the tract conveyed to Earl A. Kleiner and Betty J. Kleiner, husband and wife, by Warranty Deed recorded in Book 306, Page 649, in the office of the Register of Deeds of Riley County, Kansas; LESS tract conveyed to the County of Riley, Kansas, as set out in Deed recorded in Book Misc. O, Page 523, in the office of the Register of Deeds of Riley County, Kansas; and LESS tract conveyed to the County Commissioners of Riley County, Kansas, by Quitclaim Deed recorded in Book 183, Page 346, in the office of the Register of Deeds of Riley County, Kansas;

**Tract 3:**

All that part of the West Half (W½) of the Northwest Quarter (NW¼) of the Northwest Quarter (NW¼) of Section 11, Township 8 South, Range 6 East of the 6th P.M., Riley County, Kansas, which lies North of the North line of the tract conveyed to Earl A. Kleiner and Betty J. Kleiner, husband and wife, by Warranty Deed recorded in Book 306, Page 649, in the office of the Register of Deeds of Riley County, Kansas, but which also lies South of the center line of the Township Road; LESS tract conveyed to The County Commissioners of Riley County, Kansas, by Quitclaim Deed, recorded in Book 183, Page 346, in the office of the Register of Deeds of Riley County, Kansas;

**Tract 4:**

The West Half (W½) of the Southeast Quarter (SE¼) of Section 3, Township 8 South, Range 6 East of the 6th P.M., in Riley County, Kansas, LESS a tract of land located in the Southeast Quarter (SE¼) of Section Three (3), Township Eight (8) South, Range Six (6) East of the 6th Principal Meridian in Riley County, Kansas, more particularly described as follows:  Commencing at the Southwest corner of the Southeast Quarter (South Quarter Corner) of said Section 3, said corner being marked by an aluminum monument; thence Easterly along the South line of the Southeast Quarter of said Section 3 on an assumed bearing of N. 89°35'45" East a distance of 1070.04 feet to a point; thence leaving said South line northerly on a bearing of North 00°24'15" West a distance of 285.42 feet to a point marked by a 5/8" iron bar with a plastic cap at the true point of beginning; thence Northwesterly on a bearing of North 64°15'52" West a distance of 1034.00 feet to a point marked by a 5/8" iron bar with a plastic cap; thence Northeasterly on a bearing of North 25°44'08" East a distance of 424.78 feet to a point marked by a 5/8" iron bar with a plastic cap in the middle of county road A-99 (Baldwin Creek Road); thence southeasterly along the middle of said County road on a bearing of S. 64°00'50" East a distance of 264.64 feet to a point marked by a 5/8" iron bar with a plastic cap; thence continuing Southeasterly along the middle of said County road on a bearing of South 67°20'49" East a distance of 163.97 feet to a point marked by a 5/8" iron bar with a plastic cap on the Westerly end of a tract of land deeded to the Board of Commissioners of Riley County, Kansas, as described in a quitlcaim deed found in the Riley County Register of Deeds Office in Book 183, on Page 360; thence Southwesterly along said Westerly end on a bearing of South 25°44'08" West a distance of 14.27 feet to a point marked by a 5/8" iron bar with a plastic cap on the corner of said Riley County tract; thence Southeasterly along the Southerly line of said Riley County Tract on a bearing of South 64°15'52" East a distance of 605.63 feet to a point marked by a 5/8" iron bar with a plastic cap; thence leaving said southerly line Southwesterly on a bearing of South 25°44'08" West a distance of 418.17 feet to the point of beginning; LESS tract conveyed to the County of Riley, Kansas, as set out in Deed recorded in Book Misc. O, Page 521, in the office of the Register of Deeds of Riley County, Kansas, and LESS tract conveyed to the County Commissioners of Riley County, Kansas, by Quitclaim Deed recorded in Book 183, Page 360, in the office of the Register of Deeds of Riley County, Kansas;

# UNITED STATES DEPARTMENT OF AGRICULTURE
## Farm Service Agency

## EXHIBIT "A" TO MORTGAGE FOR KANSAS dated May 24, 2012

### Emrich Family Creamery, LLC
### Continued

**Tract 5:**

All that part of the East Half (E½) of the Southeast Quarter (SE¼) of Section 3, Township 8 South, Range 6 East of the 6th P.M., Riley County, Kansas, which lies South of the center line of the Township Road; LESS tract conveyed to The Board of County Commissioners of Riley County, Kansas, by Warranty Deed recorded in Book 126, Page 87, in the office of the Register of Deeds of Riley County, Kansas; LESS tract conveyed to the County of Riley, Kansas, as set out in Deed recorded in Book Misc. O, Page 523, in the office of the Register of Deeds of Riley County, Kansas; and LESS tract conveyed to the County Commissioners of Riley County, Kansas, by Quitclaim Deed recorded in Book 183, Page 346, in the office of the Register of Deeds of Riley County, Kansas; and

**Tract 6:**

The Southwest Quarter (SW¼) of Section 3, Township 8 South, Range 6 East of the 6th P.M., in Riley County, Kansas; LESS tract conveyed to Hugh F. Emrich and C. Kay Emrich, husband and wife, in Warranty Deed, dated April 18, 1975, and recorded in Book 465, Page 670, in the office of the Register of Deeds of Riley County, Kansas; LESS tract conveyed to the County of Riley, Kansas, as set out in Deed recorded in Book Misc. O, Page 521, in the office of the Register of Deeds of Riley County, Kansas; LESS tract conveyed to the County Commissioners of Riley County, Kansas, by Quitclaim Deed, recorded in Book 183, Page 360, in the office of the Register of Deeds of Riley County, Kansas; and LESS tract conveyed to Bart Carter and Mary Carter, by Warranty Deed, recorded in Book 819, Page 6090, in the office of the Register of Deeds of Riley County, Kansas; LESS a tract of land in the Southwest Quarter of Section 3, Township 8 South, Range 6 East of the Sixth Principal Meridian, Riley County, Kansas described as follows: Beginning at the Northwest Corner of the Southwest Quarter of said Section 3, being Corner 1, marked by a ½" rebar; thence N 89°09'57" E 1049.41 feet (Deed: 1051.3 feet) along the North Line of the Southwest Quarter of said Section 3, to the Northwest Corner of the Hugh F. Emrich tract recorded in Book 465, Page 670, in the Riley County Register of Deeds Office and Corner 2, marked by a ½" rebar; thence along the centerline of Baldwin Creek Road the following 5 courses: Course 1: S 09°27'13" E 194.78 feet (Deed: 193.0 feet) to Corner 3, marked by a concrete nail, Course 2: On a curve to the left, with a radius of 249.51 feet, an arc distance of 131.76 feet (Deed: 131.66 feet) chord being S 24°33'54" E 130.23 feet to Corner 4, marked by a concrete nail, Course 3: S 41°40'59" E 90.98 feet to Corner 5, marked by a ½" rebar, Course 4: On a curve to the left, with a radius of 534.37 feet, an arc distance of 204.56 feet chord being S 50°46'03" E 203.32 feet to Corner 6, marked by a ½" rebar, Course 5: On a curve to the right, with a radius of 1266.64 feet, an arc distance of 43.50 feet chord being S 60°45'01" E 43.50 feet to Corner 7, marked by a ½" rebar, thence S 26°56'18" W 595.80 feet to Corner 8, marked by a ½" rebar, thence S 87°21'49" W 1126.15 feet to the Northwest Corner of the Bart Carter and Mary Carter tract recorded in Book 819, Page 6090 in the Riley County Register of deeds office, the West Line of the Southwest Quarter of said Section 3, and Corner 9, marked by a ½" rebar, thence N 00°11'00" E 1096.05 feet to point of beginning.

Initial _N.K.E._  Date _5-24-12_

Initial _AKE_  Date _5-24-201_

# UNITED STATES DEPARTMENT OF AGRICULTURE
Farm Service Agency

## EXHIBIT "A" TO MORTGAGE FOR KANSAS dated May 24, 2012

Emrich Family Creamery, LLC
Continued

Best Mortgage Obtainable on the following legal description:

The West Half of Lot 7 and all of Lot 8 in Block 10 of the Original Townsite of Wheaton, situate in Pottawatomie County, Kansas

Initial _NKE_  Date _5-24-12_

Initial _NKE_  Date _5-24-2012_

Book _626_ Page _146_

UNITED STATES DEPARTMENT OF AGRICULTURE
Farm Service Agency

EXHIBIT "A" TO MORTGAGE FOR KANSAS dated : May 20, 2015

Emrich Family Creamery, LLC

**31. Pledge of Security.** Amber Kathleen Emrich and Natasha Kristine Emrich have executed the mortgage in order to furnish security for the loan and to induce the government to make a loan to Emrich Family Creamery, LLC.

Legal Description:

Tract 1:

A tract of land located in the Southeast Quarter (SE¼) of Section Three (3), Township Eight (8) South, Range Six (6) East of the 6th Principal Meridian in Riley County, Kansas, more particularly described as follows: Commencing at the Southwest corner of the Southeast Quarter (South Quarter Corner) of said Section 3, said corner being marked by an aluminum monument; thence Easterly along the South line of the Southeast Quarter of said Section 3 on an assumed bearing of N. 89°35'45" East a distance of 1076.04 feet to a point; thence leaving said South line northerly on a bearing of North 00°24'15" West a distance of 285.42 feet to a point marked by a 5/8" iron bar with a plastic cap at the true point of beginning; thence Northwesterly on a bearing of North 64°15'52" West a distance of 1034.00 feet to a point marked by a 5/8" iron bar with a plastic cap; thence Northeasterly on a bearing of North 25°44'08" East a distance of 424.78 feet to a point marked by a 5/8" iron bar with a plastic cap in the middle of county road A-89 (Baldwin Creek Road); thence southeasterly along the middle of said County road on a bearing of S. 64°00'50" East a distance of 264.64 feet to a point marked by a 5/8" iron bar with a plastic cap; thence continuing Southeasterly along the middle of said County road on a bearing of South 67°20'49" East a distance of 163.97 feet to a point marked by a 5/8" iron bar with a plastic cap on the Westerly end of a tract of land deeded to the Board of Commissioners of Riley County, Kansas, as described in a quitclaim deed found in the Riley County Register of Deeds Office in Book 183, on Page 360; thence Southwesterly along said Westerly end on a bearing of South 25°44'08" West a distance of 14.27 feet to a point marked by a 5/8" iron bar with a plastic cap on the corner of said Riley County tract; thence Southeasterly along the Southerly line of said Riley County Tract on a bearing of South 64°15'52" East a distance of 608.63 feet to a point marked by a 5/8" iron bar with a plastic cap; thence leaving said southerly line Southwesterly on a bearing of South 25°44'08" West a distance of 418.17 feet to the point of beginning;

Initial AKE Date 5-20-2015

Initial NKE Date 5-20-2015

5-20-2015

Book 703 Page 48

# UNITED STATES DEPARTMENT OF AGRICULTURE
## Farm Service Agency

## EXHIBIT "A" TO MORTGAGE FOR KANSAS dated May 20, 2015

### Emrich Family Creamery, LLC
### Continued

**Tract 2:**

All that part of the East Half (E½) of the Northeast Quarter (NE¼) of Section 10, Township 8 South, Range 6 East of the 6th P.M., Riley County, Kansas, which lies North of the North line of the tract conveyed to Earl A. Kleiner and Betty J. Kleiner, husband and wife, by Warranty Deed recorded in Book 306, Page 649, in the office of the Register of Deeds of Riley County, Kansas; LESS tract conveyed to the County of Riley, Kansas, as set out in Deed recorded in Book Misc. O, Page 523, in the office of the Register of Deeds of Riley County, Kansas; and LESS tract conveyed to the County Commissioners of Riley County, Kansas, by Quitclaim Deed recorded in Book 183, Page 346, in the office of the Register of Deeds of Riley County, Kansas;

**Tract 3:**

All that part of the West Half (W½) of the Northwest Quarter (NW¼) of the Northwest Quarter (NW¼) of Section 11, Township 8 South, Range 6 East of the 6th P.M., Riley County, Kansas, which lies North of the North line of the tract conveyed to Earl A. Kleiner and Betty J. Kleiner, husband and wife, by Warranty Deed recorded in Book 306, Page 649, in the office of the Register of Deeds of Riley County, Kansas, but which also lies South of the center line of the Township Road; LESS tract conveyed to The County Commissioners of Riley County, Kansas, by Quitclaim Deed, recorded in Book 183, Page 346, in the office of the Register of Deeds of Riley County, Kansas;

**Tract 4:**

The West Half (W½) of the Southeast Quarter (SE¼) of Section 3, Township 8 South, Range 6 East of the 6th P.M., in Riley County, Kansas, LESS a tract of land located in the Southeast Quarter (SE¼) of Section Three (3), Township Eight (8) South, Range Six (6) East of the 6th Principal Meridian in Riley County, Kansas, more particularly described as follows: Commencing at the Southwest corner of the Southeast Quarter (South Quarter Corner) of said Section 3, said corner being marked by an aluminum monument; thence Easterly along the South line of the Southeast Quarter of said Section 3 on an assumed bearing of N. 89°35'45" East a distance of 1070.04 feet to a point; thence leaving said South line northerly on a bearing of North 00°24'15" West a distance of 285.42 feet to a point marked by a 5/8" iron bar with a plastic cap at the true point of beginning; thence Northwesterly on a bearing of North 64°15'52" West a distance of 1034.00 feet to a point marked by a 5/8" iron bar with a plastic cap; thence Northeasterly on a bearing of North 25°44'08" East a distance of 424.78 feet to a point marked by a 5/8" iron bar with a plastic cap in the middle of county road A-69 (Baldwin Creek Road); thence southeasterly along the middle of said County road on a bearing of S. 64°00'50" East a distance of 264.64 feet to a point marked by a 5/8" iron bar with a plastic cap; thence continuing Southeasterly along the middle of said County road on a bearing of South 67°20'49" East a distance of 163.97 feet to a point marked by a 5/8" iron bar with a plastic cap on the Westerly end of a tract of land deeded to the Board of Commissioners of Riley County, Kansas, as described in a quitclaim deed found in the Riley County Register of Deeds Office in Book 183, on Page 360; thence Southwesterly along said Westerly end on a bearing of South 25°44'08" West a distance of 14.27 feet to a point marked by a 5/8" iron bar with a plastic cap on the corner of said Riley County tract; thence Southeasterly along the Southerly line of said Riley County Tract on a bearing of South 64°15'52" East a distance of 608.63 feet to a point marked by a 5/8" iron bar with a plastic cap; thence leaving said southerly line Southwesterly on a bearing of South 25°44'08" West a distance of 418.17 feet to the point of beginning; LESS tract conveyed to the County of Riley, Kansas, as set out in Deed recorded in Book Misc. O, Page 521, in the office of the Register of Deeds of Riley County, Kansas, and LESS tract conveyed to the County Commissioners of Riley County, Kansas, by Quitclaim Deed recorded in Book 183, Page 360, in the office of the Register of Deeds of Riley County, Kansas;

# UNITED STATES DEPARTMENT OF AGRICULTURE
Farm Service Agency

## EXHIBIT "A" TO MORTGAGE FOR KANSAS dated May 20, 2015

## Emrich Family Creamery, LLC
## Continued

**Tract 5:**

All that part of the East Half (E½) of the Southeast Quarter (SE¼) of Section 3, Township 8 South, Range 6 East of the 6th P.M., Riley County, Kansas, which lies South of the center line of the Township Road; LESS tract conveyed to The Board of County Commissioners of Riley County, Kansas, by Warranty Deed recorded in Book 126, Page 87, in the office of the Register of Deeds of Riley County, Kansas; LESS tract conveyed to the County of Riley, Kansas, as set out in Deed recorded in Book Misc. O, Page 523, in the office of the Register of Deeds of Riley County, Kansas; and LESS tract conveyed to the County Commissioners of Riley County, Kansas, by Quitclaim Deed recorded in Book 183, Page 346, in the office of the Register of Deeds of Riley County, Kansas; and

**Tract 6:**

The Southwest Quarter (SW¼) of Section 3, Township 8 South, Range 6 East of the 6th P.M., in Riley County, Kansas; LESS tract conveyed to Hugh F. Emrich and C. Kay Emrich, husband and wife, in Warranty Deed, dated April 16, 1975, and recorded in Book 465, Page 670, in the office of the Register of Deeds of Riley County, Kansas; LESS tract conveyed to the County of Riley, Kansas, as set out in Deed recorded in Book Misc. O, Page 521, in the office of the Register of Deeds of Riley County, Kansas; LESS tract conveyed to the County Commissioners of Riley County, Kansas, by Quitclaim Deed, recorded in Book 183, Page 360, in the office of the Register of Deeds of Riley County, Kansas; and LESS tract conveyed to Bert Carter and Mary Carter, by Warranty Deed, recorded in Book 819, Page 6096, in the office of the Register of Deeds of Riley County, Kansas; LESS a tract of land in the Southwest Quarter of Section 3, Township 8 South, Range 6 East of the Sixth Principal Meridian, Riley County, Kansas described as follows: Beginning at the Northwest Corner of the Southwest Quarter of said Section 3, being Corner 1, marked by a ½" rebar; thence N 89°09'57" E 1049.41 feet (Deed: 1052.3 feet) along the North Line of the Southwest Quarter of said Section 3, to the Northwest Corner of the Hugh F. Emrich and C. Kay Emrich tract recorded in Book 465, Page 670, in the Riley County Register of Deeds Office and Corner 2, marked by a ½" rebar; thence along the centerline of Baldwin Creek Road the following 5 courses: Course 1: S 09°27'13" E 194.78 feet (Deed: 193.0 feet) to Corner 3, marked by a concrete nail, Course 2: On a curve to the left, with a radius of 249.51 feet, an arc distance of 131.76 feet (Deed: 131.66 feet) chord being S 24°33'54" E 130.23 feet to Corner 4, marked by a concrete nail, Course 3: S 41°40'59" E 90.90 feet to Corner 5, marked by a ½" rebar, Course 4: On a curve to the left, with a radius of 534.37 feet, an arc distance of 204.56 feet chord being S 50°46'03" E 203.32 feet to Corner 6, marked by a ½" rebar, Course 5: On a curve to the right, with a radius of 1266.64 feet, an arc distance of 43.50 feet chord being S 60°45'01" E 43.50 feet to Corner 7, marked by a ½" rebar, thence S 26°56'18" W 595.80 feet to Corner 8, marked by a ½" rebar, thence S 87°21'49" W 1126.15 feet to the Northwest Corner of the Bert Carter and Mary Carter tract recorded in Book 819, Page 6090 in the Riley County Register of deeds office, the West Line of the Southwest Quarter of said Section 3, and Corner 9, marked by a ½" rebar, thence N 00°11'00" E 1096.06 feet to point of beginning.

Initial _AKE_ Date _5-20-2015_

Initial _NK.E_ Date _5-20-2015_

_5-20-2015_

# UNITED STATES DEPARTMENT OF AGRICULTURE
### Farm Service Agency

## EXHIBIT "A" TO MORTGAGE FOR KANSAS dated May 20, 2015

### Emrich Family Creamery, LLC
### Continued

Best Mortgage Obtainable on the following legal description:

The West Half of Lot 7 and all of Lot 8 in Block 10 of the Original Townsite of Wheaton, situate in Pottawatomie County, Kansas

Initial _A.K.C._ Date _5-20-2015_

Initial _N.K.E._ Date _5-20-2015_

_5-20-2015_

Book _703_  Page _48_

Debtor name    **Emrich Family Creamery LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
|  | **Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 915 SW Harrison Topeka, KS 66612-2005** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Case No. 2018-ST-000223** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
|  | **Pottawatomie County Treasurer 207 N. 1st Street Westmoreland, KS 66549** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Property Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-----|---------------------------------------------|----------------------------------------------|-------------|-----------|

**Riley County Treasurer**
**110 County Courthouse**
**Manhattan, KS 66502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes**
**8635 Baldwin Creek - $5,474.57**
**8630 Baldwin Creek - $4,444.52**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123.98** |
|-----|------------------------------------------------|----------------------------------------------------------------------|-------------|

**Art Craft Printers**
**221 N. 4th Street**
**Manhattan, KS 66502**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Milk Bottle Labels__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,037.37** |
|-----|------------------------------------------------|----------------------------------------------------------------------|----------------|

**Brad Battels**
**9360 Walsburg Rd**
**Leonardville, KS 66449-9644**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Labor and Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$730.00** |
|-----|------------------------------------------------|----------------------------------------------------------------------|-------------|

**Buchanan Industries**
**8335 Hwy 16**
**Olsburg, KS 66520**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Auto Parts and Labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|-----|------------------------------------------------|----------------------------------------------------------------------|----------------|

**Chuck and Deanna Munson**
**4820 Liberty Hall Road**
**Junction City, KS 66441-8474**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Personal Loan for Business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,752.77** |
|-----|------------------------------------------------|----------------------------------------------------------------------|---------------|

**Flory Dairy Equipment, Inc**
**762 E. 1250 Rd**
**Lawrence, KS 66046**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** __2845__

Basis for the claim: __Equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $474.38 |
| --- | --- | --- | --- |

**Heart of America DHIA**
**4535 Normal Blvd**
**Lincoln, NE 68506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Dairy Bank**

Last 4 digits of account number  **0072**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,290.00 |
| --- | --- | --- | --- |

**Kansas State Farm Service**
**3600 Anderson Avenue**
**Manhattan, KS 66503-2571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107,077.80 |
| --- | --- | --- | --- |

**Key Feeds, Inc**
**105 4th Street**
**Clay Center, KS 67432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $519.16 |
| --- | --- | --- | --- |

**Lakeside Plumbing**
**P.O. Box 177**
**9620 Senn Road**
**Randolph, KS 66554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services for Baldwin Brook Farm**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,194.13 |
| --- | --- | --- | --- |

**Prairie Valley Veterinary**
**821 Hwy 9**
**Blue Rapids, KS 66411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.29 |
| --- | --- | --- | --- |

**Precision Plumbing**
**Heating and Cooling**
**17155 Highway 16**
**Onaga, KS 66521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,174.24 |
| --- | --- | --- | --- |

**Southeast Select Sires Inc**
**3789 Old Port Royal Rd**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **8178**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,295.00 |
|---|---|---|---|

**Terry Johnson**
**20705 Shannon Creek Road**
**Olsburg, KS 66520**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hay**
**Alpha Bales**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Union State Bank**
**204 E Hwy 16**
**PO Box 67**
**Olsburg, KS 66520-0067**

Date(s) debt was incurred  **04/25/13**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan - to seperate joint business loan**
**dated 4/25/13**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,445.00 |
|---|---|---|---|

**Washington County Tax & Acct**
**201 C St**
**Washington, KS 66968-1906**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,089.41 |
|---|---|---|---|

**Whortons Inc**
**24389 US Hwy 75**
**Holton, KS 66436**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dairy Equipment**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Whortons Inc**
**24389 US Hwy 75**
**Holton, KS 66436**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 442097**
**Maintenance on Dairy Equipment**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,301.83 |
|---|---|---|---|

**Wildcat Feeds, LLC**
**215 NE Strait Avenue**
**Topeka, KS 66616**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Winter cow mix**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Emrich Family Creamery LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Michael A. Montoya, PA**<br>**256 S. Santa Fe**<br>**P.O. Box 1220**<br>**Salina, KS 67402-1220** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 313,590.36 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 313,590.36 |

Fill in this information to identify the case:

Debtor name **Emrich Family Creamery LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **Emrich Family Creamery LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jeremy Behrens** | **8635 Baldwin Creek Rd**<br>**Leonardville, KS 66449** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Natasha E. Behrens** | **8635 Baldwin Creek Rd**<br>**Leonardville, KS 66449** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor name   **Emrich Family Creamery LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................  $    **7,500.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................  $    **67,885.67**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................  $    **75,385.67**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    **1,104,574.09**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$    **313,590.36**

4.  Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b      $    **1,418,164.45**

**Fill in this information to identify the case:**

Debtor name    **Emrich Family Creamery LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 31, 2018**     *X* **/s/ Natasha K. Behrens**
                                                 Signature of individual signing on behalf of debtor

                                                 **Natasha K. Behrens**
                                                 Printed name

                                                 **Authorized Member**
                                                 Position or relationship to debtor

Debtor name   **Emrich Family Creamery LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **Unknown** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **Unknown** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Union State Bank v. A.K. Emrich, also known as Amber Emrich; Natasha Emrich, also known as Natasha Behrens; Emrich Family Creamery LLC; and United States of America, acting through The Farm Service Agency, United States Department of Agriculture**<br>**2017-CV-000059** | **Civil - Foreclosure** | **Pottawatomie County District Court**<br>**106 Main Street**<br>**PO Box 129**<br>**Westmoreland, KS 66549** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Fourth & Pomeroy Associates, Inc v. Emrich Family Creamery, LLC**<br>**2018-CV-000201** | **Civil** | **Riley County District Court**<br>**100 Courthouse Plz**<br>**Manhattan, KS 66502** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Director of Taxation Department of Revenue State of Kansas v. Emrich Family Creamery LLC, Heremy Behrens**<br>**2018-ST-000223** | **Property Tax Collection** | **Riley County District Court**<br>**100 Courthouse Plaza**<br>**Manhattan, KS 66502** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stevens and Brand LLP**<br>**900 Massachusetts Street,**<br>**Suite 500**<br>**Lawrence, KS 66044** | **Money** | **11/1/17** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☐   No.
    ■   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Washington County Tax & Acct**<br>**201 C St**<br>**Washington, KS 66968-1906** | 02/10/17 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Union State Bank**<br>**204 E Hwy 16**<br>**PO Box 67**<br>**Olsburg, KS 66520-0067** |
| 26d.2. | **Kay McCoy**<br>**Farm Loan Manager**<br>**409 North St**<br>**Seneca, KS 66538** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Natasha E. Behrens** | **8635 Baldwin Creek Rd**<br>**Leonardville, KS 66449** | **Owner** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeremy Behrens** | **8635 Baldwin Creek Rd**<br>**Leonardville, KS 66449** | **Owner** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 31, 2018**

**/s/ Natasha K. Behrens**                                    **Natasha K. Behrens**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Authorized Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Kansas

In re **Emrich Family Creamery LLC**

Debtor(s)

Case No. _____

Chapter **12**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................... $ **2,964.50**

   Prior to the filing of this statement I have received ...................................... $ **2,964.50**

   Balance Due ..................................................................................... $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Additional attorneys' fees at normal hourly rate. See AGREEMENT FOR LEGAL SERVICES IN CONNECTION WITH BANKRUPTCY attached hereto and incorporated by reference.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See AGREEMENT FOR LEGAL SERVICES IN CONNECTION WITH BANKRUPTCY particularly Paragraph #5 See Legal services NOT PROVIDED under this agreement that may be provided by separate written agreement attached hereto and incorporated by reference.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 31, 2018**

*Date*

**/s/ Wesley F. Smith**

**Wesley F. Smith 18517**
*Signature of Attorney*
**Stevens & Brand, LLP**
**900 Massachusetts, Suite 500**
**Lawrence, KS 66044-2868**
**(785) 843-0811   Fax: (785) 843-0341**
**WSmith@StevensBrand.com**
*Name of law firm*

---

```
Art Craft Printers
221 N. 4th Street
Manhattan KS 66502


Brad Battels
9360 Walsburg Rd
Leonardville KS 66449-9644


Buchanan Industries
8335 Hwy 16
Olsburg KS 66520


Chuck and Deanna Munson
4820 Liberty Hall Road
Junction City KS 66441-8474


Flory Dairy Equipment, Inc
762 E. 1250 Rd
Lawrence KS 66046


Heart of America DHIA
4535 Normal Blvd
Lincoln NE 68506


Jeremy Behrens
8635 Baldwin Creek Rd
Leonardville KS 66449


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
915 SW Harrison
Topeka KS 66612-2005


Kansas State Farm Service
3600 Anderson Avenue
Manhattan KS 66503-2571


Key Feeds, Inc
105 4th Street
Clay Center KS 67432
```

Lakeside Plumbing
P.O. Box 177
9620 Senn Road
Randolph KS 66554


Michael A. Montoya, PA
256 S. Santa Fe
P.O. Box 1220
Salina KS 67402-1220


Natasha E. Behrens
8635 Baldwin Creek Rd
Leonardville KS 66449


Office of the General Counsel
US Dept. Of Agriculture
PO Box 419205 Mail Stop 1401
Kansas City MO 64141-6205


Pottawatomie County Treasurer
207 N. 1st Street
Westmoreland KS 66549


Prairie Valley Veterinary
821 Hwy 9
Blue Rapids KS 66411


Precision Plumbing
Heating and Cooling
17155 Highway 16
Onaga KS 66521


Riley County Treasurer
110 County Courthouse
Manhattan KS 66502


Southeast Select Sires Inc
3789 Old Port Royal Rd
Spring Hill TN 37174


Terry Johnson
20705 Shannon Creek Road
Olsburg KS 66520

Union State Bank
204 E Hwy 16
PO Box 67
Olsburg KS 66520-0067


United States Attorney
 US Courthouse, Ste 290
444 SE Quincy St
Topeka KS 66683


US Department of Argriculture
409 North Street
Seneca KS 66538


Washington County Tax & Acct
201 C St
Washington KS 66968-1906


Whortons Inc
24389 US Hwy 75
Holton KS 66436


Wildcat Feeds, LLC
215 NE Strait Avenue
Topeka KS 66616

# United States Bankruptcy Court
## District of Kansas

In re   **Emrich Family Creamery LLC**

Debtor(s)

Case No. _____

Chapter    **12**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 31, 2018**

**/s/ Natasha K. Behrens**

**Natasha K. Behrens**/**Authorized Member**
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   **Emrich Family Creamery LLC**

                Debtor(s)

Case No. _____

Chapter   **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Emrich Family Creamery LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 31, 2018**
_____
Date

**/s/ Wesley F. Smith**
_____
**Wesley F. Smith 18517**
Signature of Attorney or Litigant
Counsel for   **Emrich Family Creamery LLC**
**Stevens & Brand, LLP**
**900 Massachusetts, Suite 500**
**Lawrence, KS 66044-2868**
**(785) 843-0811 Fax:(785) 843-0341**
**WSmith@StevensBrand.com**